■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v REGINALD HANNAH, Appellant. [656 NYS2d 983] —Judgment unanimously affirmed. Counsel's application to withdraw granted (*see, People v Crawford,* 71 AD2d 38). (Appeal from Judgment of Monroe County Court, Egan, J.—Burglary, 3rd Degree.) Present—Denman, P. J., Pine, Doerr, Balio and Fallon, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JEROME BARBER, Appellant. [656 NYS2d 995] —Judgment unanimously affirmed (*see, People v Saunders,* 190 AD2d 1092, 1093, *lv denied* 81 NY2d 1019). (Appeal from Judgment of Erie County Court, D'Amico, J.—Manslaughter, 1st Degree.) Present—Denman, P. J., Pine, Doerr, Balio and Fallon, JJ.